AUDREY ROSLER, PLAINTIFF-PETITIONER, v. GERARD ROSLER, DEFENDANT-RESPONDENT.

*Mr. Paul Colvin* for plaintiff-petitioner.

*Mr. Bertram M. Berla* for defendant-respondent.

September 21, 1965.   Denied.

LAILA M. STELLMAH, PETITIONER-APPELLANT, v. HUNT-ERDON COOPERATIVE G.L.F. SERVICE, INC., RESPONDENT.

See same case below: 88 *N. J. Super.* 131.

*Mr. Herbert T. Heisel, Jr.* and *Mr. Thomas J. Beetel* for petitioner.

*Messrs. Large, Scammell & Danziger* for respondent.

September 21, 1965.   Granted.